**Opinion issued December 11, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00727-CV

_____

**VICTORIA VANBROCKLIN, Appellant**

**V.**

**ORLANDO RAMIREZ, Appellee**

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-08819**

## MEMORANDUM OPINION

Appellant, Victoria Vanbrocklin, appealed from the trial court's June 11, 2025 final judgment in favor of appellee, Orlando Ramirez. On December 5, 2025, the parties filed a "Joint Notice of Settlement and Agreed Motion to Remand."

In the motion, the parties stated that they "ha[d] negotiated a settlement of all matters in controversy and dispute." The motion further stated that the parties' settlement included an "agreement to set aside the trial court's June 11, 2025 Final Judgment and allow this case to be remanded to the trial court for rendition of judgment in accordance with the parties['] agreement." *See* TEX. R. APP. P. 42.1(a)(2)(B).

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX R. APP. P. 42.1(a)(2), (c). The motion was filed jointly and was signed by counsel for all parties. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

Accordingly, we grant the parties' joint motion, set aside the trial court's judgment without regard to the merits, and remand the cause to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Johnson.